

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-19-00885-CV |
| Trial Court Cause Number: | 2013-63613 |
| Style: | West Loop Hospitality, LLC, Jetall Companies, Inc., and Ali Choudhri |
| | v. Houston Galleria Lodging Associates, LLC, Raymond Management Co., Inc., The Estate of C.J. Raymond, and Barry Perkel |
| Date motion filed*: | April 4, 2022 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | Appellants/Cross-Appellees |
| Document to be filed: | Motion for Rehearing |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | March 18, 2022 |
| Number of previous extensions granted: | 0 |
| Date Requested: | 47 days |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **May 4, 2022**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

_____
_____
_____

Judge's signature: /s/ April L. Farris
        ☒ Acting individually   ☐ Acting for the Court

Date: April 7, 2022